

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-13-00266-CR

**IN RE** Juan **MORENO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  May 8, 2013

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On April 25, 2013, Relator Juan Moreno filed a petition for writ of mandamus, seeking to compel the court reporter in Bexar County, Texas to produce a copy of the record in the case. However, this court does not have jurisdiction to grant the requested relief.  By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction.  *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004).  We conclude the writ is not necessary to enforce our jurisdiction.  Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2009CR8686D, styled *State of Texas v. Juan Moreno*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.